# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1171**
**KA 11-02025**
PRESENT: SMITH, J.P., FAHEY, SCONIERS, VALENTINO, AND WHALEN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

LAWRENCE J. WALTER, DEFENDANT-APPELLANT.

FRANK J. NEBUSH, JR., PUBLIC DEFENDER, UTICA (PATRICK J. MARTHAGE OF COUNSEL), FOR DEFENDANT-APPELLANT.

SCOTT D. MCNAMARA, DISTRICT ATTORNEY, UTICA (STEVEN G. COX OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oneida County (Barry M. Donalty, A.J.), entered August 8, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Memorandum: On appeal from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act ([SORA] Correction Law § 168 *et seq.*), defendant contends that Supreme Court erred in considering unreliable hearsay when making its SORA determination. "Because defendant's evidentiary objection[s] . . . [were] made on a different ground than the 'unreliable hearsay' ground he raises on appeal, his contention that the court erred in [considering the challenged] evidence is not preserved for our review" (*People v Law*, 94 AD3d 1561, 1562, *lv denied* 19 NY3d 809; *see People v Wragg*, 41 AD3d 1273, 1273-1274, *lv denied* 9 NY3d 809; *People v Smith*, 17 AD3d 1045, 1045, *lv denied* 5 NY3d 705).

Entered: November 9, 2012                          Frances E. Cafarell
                                                   Clerk of the Court